# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NO. 6:15-CR-00045-RC |
| v. | § |
| | § |
| | § |
| JOHN ALLEN WALTER | § |
| | § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Hawthorn recommended that the Government's "Petition for Warrant or Summons for Offender Under Supervision" filed November 6, 2017, the "November Petition" (Doc. No. 13), be **DISMISSED**.

Neither party has filed objections to Judge Hawthorn's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the Government's November Petition (Doc. No. 13), be **DISMISSED**.

**So Ordered and Signed**
**May 3, 2018**

_____
Ron Clark, United States District Judge